■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM CEPHUS, Appellant. [887 NYS2d 925]—Appeal by the defendant, as limited by her motion, from a resentence of the Supreme Court, Kings County (Starkey, J.), imposed August 16, 2006, on the ground that the sentence was excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Skelos, Miller, Eng and Lott, JJ., concur. [*See* 13 Misc 3d 1211(A), 2006 NY Slip Op 51779(U).]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK DEJEAN, Appellant. [885 NYS2d 429]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 14, 2008 (*People v DeJean*, 55 AD3d 749 [2008]), affirming a judgment of the Supreme Court, Nassau County, rendered March 12, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Fisher, Dickerson and Belen, JJ., concur.